# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Spruha Shah

         Plaintiff,

v.                       Case No.: 1:21−cv−05734
                        Honorable John Robert Blakey

Shirley Ryan Ability Lab

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 22, 2022:

    MINUTE entry before the Honorable John Robert Blakey: The Court grants Defendant's unopposed motion to stay discovery [29] pending resolution of its motion to dismiss [21] and strikes the 9/27/22 Notice of Motion date. The Court will rule on the motion to dismiss in due course and set additional case management dates, if appropriate, in a future order. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.