IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SPRUHA SHAH, <br><br> Plaintiff, <br><br> v. <br><br> SHIRLEY RYAN ABILITY LAB, <br><br> Defendant. | Case No. 1:21-cv-05734 <br><br> Judge John Robert Blakey |

## JOINT STATUS REPORT

Pursuant to this Court's order entered on October 16, 2023 (ECF No. 37), Defendant Shirley Ryan Ability Lab ("SRAlab") submits the following status report. Plaintiff is a *pro se* litigant, so the parties agreed that Defendant would file this status report on behalf of both parties.

The parties agreed to all material terms of a settlement and are obtaining final signatures of the written settlement agreement. Therefore, the parties request two more weeks to finalize the process of memorializing the settlement with the expectation that, thereafter, the parties will jointly file a Stipulation of Dismissal.

Dated: November 10, 2023

Respectfully submitted on behalf of the parties,

By: /s/ *Terrence J. Sheahan*
    One of the attorneys for Defendant

Terrence J. Sheahan
Tina Wills
Smith, Gambrell & Russell, LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
tsheahan@sgrlaw.com
twills@sgrlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 10, 2023, he caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Terrence J. Sheahan*